MATTHEW MANNISTO - 10354
4442 Hardy Street, Suite 201
Lihue, Hawaii 96766
Tel: (808) 245-2891
Matt@MannistoLaw.com

Attorney for Defendant
BRONSON GOUVEIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 1:22-cr-00064-LEK |
| Plaintiff, | BRONSON GOUVEIA'S MOTION TO PERMIT *PRO SE* REPRESENTATION; DECLARATION OF MATTHEW MANNISTO; CERTIFICATE OF SERVICE |
| vs. | |
| BRONSON GOUVEIA, | |
| Defendant. | |
| | . |

## MATTHEW MANNISTO'S MOTION TO PERMIT *PRO SE* REPRESENTATION

Defendant BRONSON GOUVEIA ("Mr. Gouveia"), by and through his

undersigned counsel, submits this Motion to permit *pro se* representation. While a

"Matthew Mannisto's Motion to Withdraw to Permit *Pro Se* Representation" was

filed on September 26, 2024 [ECF Dkt. 87], counsel for the Government has asked

that present counsel submit a standalone Motion that only requests permission for

Mr. Gouveia to represent himself. While Mr. Gouveia's understanding is that he

has already done so, this Motion is being filed to appease the Government's

request that a second motion be filed.

Mr. Gouveia wishes to proceed in this matter *pro se*, and he has a "right to

act *pro se* [] arising out of the Federal Constitution." *United States v. Pike*, 439

F.2d 695 (9th Cir. 1971). He asks that the Court conduct a *Faretta v. California*,

422 U.S. 806, 811, 95 S. Ct. 2525, 2529, 45 L.Ed.2d 562, 568 (1975) colloquy on

the record.

It is believed by present counsel that Mr. Gouveia fully understands the risks

and advantages involved in *pro se* representation. He understands the different

types of motions that must or can be filed, and he is familiar with legal research

resources available to him. Likewise, present counsel believes Mr. Gouveia is an

intelligent man who appears capable of understanding and applying legal

principles, including the risks involved in *pro se* representation.

Accordingly, present counsel asks that he be allowed to withdraw.

Present counsel is willing to serve as standby counsel, but it is not clear

whether Mr. Gouveia wishes for present counsel to remain in that role. A colloquy

with the court will be required to evaluate Mr. Gouveia's position on this latter

point, as discussions between counsel and Mr. Gouveia on this point have been difficult to interpret with confidence.

DATED:    September 24, 2024, Lihue, Hawai'i.

/s/ Matthew Mannisto
MATTHEW MANNISTO
Attorney for Defendant
BRONSON GOUVEIA