Case 1:22-cr-00064-LEK  Document 117  Filed 11/06/24  Page 1 of 3 PageID.917

CC-Filed

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 06 2024

at 11 o'clock and 27 min. A M
Lucy H. Carrillo, Clerk

TRULINCS 90495022 - GOUVEIA, BRONSON K - Unit: HON-D-A

---

FROM: 90495022
TO:
SUBJECT: Motion for New Standby Counsel
DATE: 11/03/2024 08:07:57 PM

22-CR-00064 LEK

MOTION FOR NEW STANDBY COUNSEL
Comes now Defendant, Bronson K. Gouveia, respectfully requesting that this Court appoint new Standby Counsel. This Motion is based on the contents of this Motion and evidence to be produced at a hearing on this Motion.

STATEMENT OF FACTS
On or about late September or early October 2024 this Court granted my Motion to proceed Pro Se and appointed Matthew Mannisto to serve as my Standby Counsel/ over Defendant's objections. This Court stated that myself and Mr. Mannisto need to attempt to "work things out." A week after he was appointed Standby Counsel, Mr. Mannisto filed a motion to this Court asking this Court to clarify his role as Standby Counsel.

ARGUMENT
Since being appointed, Standby Counsel has done nothing but seek to hamper my defense in every way, to include but not limited to refusing to follow the direction I have outlined for my case in chief. His conduct has included changing the wording and the overall message of my communications with the Government and Defense experts.

Mr. Mannisto has wrongfully attempted to paint a picture of Defendant as an unreasonable "monkey", in fact earlier this year when Defendant sought to acquire a laptop to help Defendant prepare for trial Mr. Mannisto's advice was that I should act like a 1."monkey" and cause problems here at F.D.C. Honolulu.

The Defendant refused his unreasonable advice and asked Mr. Mannisto to, "Please not to disrespect him in this manner again."

Next Standby Counsel Matthew Mannisto continues to make sexually lude, racist, and sexist comments. Before I get into the content of Mr. Mannisto's conduct I would first like to let this Court know that I, Bronson K. Gouveia, is a God fearing Christian man that believes everyone deserves respect and to be treated equally. I was raised in a Christian home and those morales and beliefs have been ingrained in my heart from childhood even through all my struggles in life of addiction and sexual abuse.

The Defendant will now outline the lude disrespectful comments made by Standby Counsel. The first comment was made while Mr. Mannisto was visiting me here at F.D.C. Honolulu. While sitting in the visiting room an inmate named Isiah McCoy entered the visiting room at which time Defendant said to Mr. Mannisto there goes the other guy you were calling a "monkey." Matthew Mannisto then stated that he was "on the McCoy case and read his discovery" and said he "would never be in a room alone with him because McCoy would rape anyone in the same room with him."

I felt extremely offended and my "red flags" went up once again making me see his true feelings towards defendants that are incarcerated.

Another incident was when Defendant was in search for a paralegal and inquired about Mr. Mannisto's paralegal. Mr. Mannisto quoted that Defendant wouldn't want her because she's useless and he only hired her because she had big breasts.

Once again I was shocked to hear these words coming from a man that is supposed to be professional especially when my life is on the line.

Lastly my biggest concern is the fact that Mr. Mannisto is always asking me when we meet for legal visits if I'm "going to hit him?" and "that's why he has his boxing shoes on."

The Defendant doesn't understand why Standby Counsel feels this way but Defendant that he cannot trust Standby Counsel and that Standby Counsel does not have his best interest in mind.

There has been a complete breakdown in communication and trust and Defendant feels there is no way to "work it out" or remedy this situation without violating my Constitutional rights.

Received By Mail
Date 11/06/24

CONCLUSION
Defendant respectfully requests that this Court grant this Motion and appoint him new Standby Counsel as to not violate Defendant's Constitutional rights.

Mailed On
Date 11/06/24

TRULINCS 90495022 - GOUVEIA, BRONSON K - Unit: HON-D-A

----

Footnote 1: Defendant has emails confirming this vulgar comment.

Respectfully submitted,

Bronson K. Gouveia
11/3/2024

*[signature]*

TRULINCS 90495022 - GOUVEIA, BRONSON K - Unit: HON-D-A

------------------------------------------------------------------------------------

FROM: 90495022
TO:
SUBJECT: Declaration for New Standby Counsel
DATE: 11/03/2024 08:10:34 PM

DECLARATION OF Bronson K. Gouveia

I, Bronson K. Gouveia, hereby declares under penalty of perjury that everything within my Motion for Appointment of New Standby Counsel is true and correct to the best of my knowledge.

Bronson K. Gouveia
11/3/2024

*[signed] Bronson K. Gouveia*